UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KRISTEN ELIZABETH WAGNER,

    Petitioner,

v.    CASE NO. 3:20cv5219-MCR-MJF

MARK S. INCH,

    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 18, 2020. ECF No. 9. The parties were provided a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection was made.

Having considered the Report and Recommendation and all objections thereto timely filed, I conclude that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 9, is adopted and incorporated by reference in this Order.

2. Wagner's mixed petition for writ of habeas corpus, ECF No. 1, is **DISMISSED** without prejudice.

3. A certificate of appealability is **DENIED**.

4. The clerk is directed to close this case file.

**DONE AND ORDERED** this 16th day of July 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**